# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1879

Choice Escrow and Land Title, LLC

Appellant

v.

BancorpSouth Bank

Appellee

No: 13-1931

Choice Escrow and Land Title, LLC

Appellee

v.

BancorpSouth Bank

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:10-cv-03531-JTM)
(6:10-cv-03531-JTM)

---

## MANDATE

In accordance with the opinion and judgment of 06/11/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 17, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit