# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Choice Escrow and Land Title, LLC,** | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 10-03531-CV-S-JTM |
| | ) |
| **BancorpSouth Bank,** | ) |
| | ) |
|        **Defendant.** | ) |

# ORDER OF DISMISSAL

Pending before the Court are the *Stipulated Motion to Dismiss Counterclaim* [Doc. 219] and *Defendant's Withdrawal Of Motion For Costs* [Doc. 220] filed on August 27, 2014. For good cause appearing, and in light of the agreement of the parties, it is

**ORDERED** that *Defendant's Withdrawal Of Motion For Costs* [Doc. 220] and the *Stipulated Motion to Dismiss Counterclaim* [Doc. 219] filed on August 27, 2014 are **GRANTED.** Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

                                                        */s/ John T. Maughmer*
                                                        **John T. Maughmer**
                                                    **United States Magistrate Judge**